UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| GRADY J. CAREATHERS, | ) |
| | ) Case No. 1:22-cv-146 |
| Plaintiff, | ) |
| | ) Judge Travis R. McDonough |
| v. | ) |
| | ) Magistrate Judge Susan K. Lee |
| OFFICER BOOTH and | ) |
| OFFICER CARSON, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Order, Plaintiff's pro se complaint under 42 U.S.C. § 1983 is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Because the Court **CERTIFIED** in the Memorandum Opinion that any appeal from this Order would not be taken in good faith, Plaintiff is **DENIED** leave to appeal *in forma pauperis* on any subsequent appeal. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
 /s/ LeAnna R. Wilson
 CLERK OF COURT